Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

SAMANTHA LOPEZ, a minor, et al. (see attached list),

vs

COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive, Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No. 07CV2028-JLS-WMc

FILED
2008 FEB -7 PM 1:13
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

VICTOR MANUEL TORRES (CSBN 140862)
2664 FOURTH AVENUE
SAN DIEGO, CA 92103

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

By _____, Deputy Clerk

FEB 07 2008
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ATTACHMENT TO SUMMONS IN CASE NO. 07CV2028-JLS-WMc

SAMANTHA LOPEZ, a minor (by and throught her Legal Custodian LILIANA CORTEZ), FILADELFO LOPEZ LARA, ALONZO LOPEZ, ANNA LOPEZ, & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased, Plaintiffs,