# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, byand through her Legal Custodian, LILIANA CORTEZ, FILADELFOLOPEZ, LAURA ALONZO LOPEZ, ANNA LOPEZ & JULIA LOPEZ, assurviving heirs of DAVID ARNULFOLOPEZ, deceased,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 07cv2028 JLS (WMc)<br><br>**ORDER: SETTING BRIEFING SCHEDULE** |

The Court set a hearing date of June 27, 2008 for Defendants' motion to dismiss Plaintiffs' entire complaint or to strike emotional distress allegations and require joinder of necessary parties. If Defendants choose to file a reply, they **SHALL FILE** by March 28, 2008.

IT IS SO ORDERED.

DATED: March 14, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge

- 1 -                    [07cv2028]