Ezekiel E. Cortez
CA Bar No. 112808
The Executive Complex
1010 Second Avenue,
Suite 1850, San Diego, CA 92101
Tel (619)237-0309 Fax (619)237-8052
Attorney for Plaintiffs: Samantha Lopez (by and through her Legal Custodian Liliana Cortez), Filadelfo Lopez Lara, Alonzo Lopez, Anna Lopez, & Julia Lopez

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SAMANTHA LOPEZ, a minor (by and through her Legal Custodian Liliana Cortez). FILADELFO LOPEZ LARA, ALONZO LOPEZ, ANNA LOPEZ, & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,

    Plaintiffs,

  vs.

COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,

    Defendants,

Case No. 07CV-2028

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

    I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case. I certify that I am admitted in this court or authorized to practice under CivLR 83.3c.3-4.

    The following attorney (who is admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) is also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

---

*Notice of Appearance, Lopez et al v. County of San Diego et al,* **07CV-2028**

**1**

| Name | Cal. Bar No. | Tele. No. | E-mail address |
|---|---|---|---|
| Victor M. Torres | 140862 | (619) 232-8776 | lawforvatos@yahoo.com |

Please call me if you have any questions about this notice.

DATED: March 18, 2008.

                                        Respectfully submitted,

                                        /s/ Ezekiel E. Cortez
                                        EZEKIEL E. CORTEZ
                                        Attorney for Plaintiffs

---

*Notice of Appearance, Lopez et al v. County of San Diego et al,* **07CV-2028**

EZEKIEL E. CORTEZ
California State Bar # 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309
Email: www.lawforjustice@aol.com
Attorney for Plaintiffs: Samantha Lopez (by and through her Legal Custodian Liliana Cortez), Filadelfo Lopez Lara, Alonzo Lopez, Anna Lopez, & Julia Lopez

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a minor (by and through her Legal Custodian Liliana Cortez). FILADELFO LOPEZ LARA, ALONZO LOPEZ, ANNA LOPEZ, & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,<br><br>　　　　Defendants, | Case No. 07-CV-2028<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Notice of Appearance on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2008　　　　　　　　　　/S/Ezekiel E. Cortez
　　　　　　　　　　　　　　　　　　　　Ezekiel E. Cortez

---

*Notice of Appearance, Lopez et al v. County of San Diego et al,* **07CV-2028**

**3**