| | |
|---|---|
| 1 | JOHN J. SANSONE, County Counsel |
| | County of San Diego |
| 2 | By DAVID G. AXTMANN, Senior Deputy (SBN 100176) |
| | 1600 Pacific Highway, Room 355 |
| 3 | San Diego, California 92101 |
| | Telephone: (619) 531-5649 |
| 4 | Facsimile: (619) 531-6005 |
| | E-mail: david.axtmann@sdcounty.ca.gov |

Attorneys for Defendants County of San Diego and City of Vista

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, by and through her Legal Custodian, LILIANA CORTEZ, FILADELFO LOPEZ, LAURA ALONZO LOPEZ, ANNA LOPEZ & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,<br><br>   Defendants. | No. 07CV2028-JLS(WMc)<br><br>**NOTICE OF JOINDER AND JOINDER IN PENDING MOTION TO DISMISS FILED ON BEHALF OF CITY OF VISTA**<br><br>[**Fed. Rules Civ. P., Rules 12(b)(6) and (7), and 12(f)**]<br><br>Date: June 27, 2008<br>Time: 10:30 a.m.<br>Courtroom: 6<br>The Honorable Janis L. Sammartino<br><br>**No Oral Argument Unless Requested by the Court** |

   PLEASE TAKE NOTICE that, pursuant to the local civil rules of practice for the United States District Court for the Southern District of California (Civ. L.R., Rule 7.1(j)), the City of Vista joins in the pending motion to dismiss previously filed on behalf of the County of San Diego. The motion is scheduled for June 27, 2008, at 10:30 a.m. in Courtroom 6 before the Honorable Janis L. Sammartino. The City of Vista joins in the

///

///

07CV2028-JLS(WMc)

motion in its entirety, including the motion to strike the emotional distress allegations and require joinder of necessary parties, based on the same allegations, facts, and legal theories as the reasons to dismiss as to the County equally apply to the City of Vista.

DATED: February 25, 2008     JOHN J. SANSONE, County Counsel

By s/DAVID G. AXTMANN, Senior Deputy
Attorneys for Defendant County of San Diego and City of Vista
E-Mail: david.axtmann@sdcounty.ca.gov

Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On March 20, 2008, I served the following documents: **NOTICE OF JOINDER AND JOINDER IN PENDING MOTION TO DISMISS FILED ON BEHALF OF CITY OF VISTA** in the following manner:

☐   By personally delivering copies to the person served.

☐   By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☐   By faxing a copy to the person served.  The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine.

☒   By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Victor Manuel Torres: E-Mail lawforvatos@yahoo.com
Ezekiel E. Cortez: E-Mail lawforjustice@aol.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 20, 2008, at San Diego, California.

By: s/DAVID G. AXTMANN

[**Samantha Lopez, etc., et al. v. County of San Diego, et al.; United States District Court No. 07cv2028-JLS(WMc)**]