1  **Victor Manuel Torres, Esq.** (SBN 140862)
   406 Ninth Avenue, Suite 311
2  San Diego, California 92101
   Telephone: (619) 232-8776
3  Facsimile: (619) 232-5854

4

5  **Ezekiel E. Cortez, Esq.** (SBN 112808)
   1010 Second Ave., Suite 1850
6  San Diego, California 92101
   Telephone: (619) 237-0309

7
   Attorneys for Plaintiffs
8

9
                    UNITED STATES DISTRICT COURT
10
                    SOUTHERN DISTRICT OF CALIFORNIA
11

12  SAMANTHA LOPEZ, a minor, by and         )  CASE NO. 07CV2028-JLS(WMc)
    through her Guardian Ad Litem Liliana    )
13  Cortez; SAMANTHA LOPEZ, a minor, by      )  **DECLARATION OF SAMANTHA
    and through her Guardian Ad Litem Liliana)  LOPEZ, A MINOR, BY AND THROUGH
14  Cortez, as Successor in Interest of David A.)  HER GUARDIAN AD LITEM LILIANA
    Lopez, deceased                           )  CORTEZ, TO COMMENCE ACTION AS
15                                            )  SUCCESSOR IN INTEREST OF DAVID
              Plaintiffs,                     )  A. LOPEZ**
16                                            )
       vs.                                    )  [CCP § 377.32]
17                                            )
    THE COUNTY OF SAN DIEGO, a               )
18  municipality; THE CITY OF VISTA, a        )
    municipality; SAN DIEGO COUNTY           )
19  SHERIFF WILLIAM KOLENDER,                )
    individually and in his official capacity ; )
20  SAN DIEGO COUNTY SHERIFF                 )
    OFFICER SHAWN AITKEN, individually)
21  and in his official capacity ; SAN DIEGO  )
    COUNTY SHERIFF OFFICER JACOB             )
22  PAVLENKO, individually and in his         )
    official capacity; SAN DIEGO COUNTY      )
23  SHERIFF OFFICER      JONATHAN            )
    FECTEAU, individually and in   his official)
24  capacity; ARACELI GOCOBACHI, an           )
    individual; DOES 1 through 20, inclusive, )
25                                            )
                                              )
26            Defendants.                     )
                                              )
27  ─────────────────────────────────────

28

**I, SAMANTHA LOPEZ, declare:**

1. I am the successor in interest of David A. Lopez, deceased. All matters set forth in this declaration are true of my personal knowledge.

2. The decedent's name is David A. Lopez. David A. Lopez died on October 21, 2006, in Vista, California. I am his surviving daughter.

3. A certified copy of the decedent's death certificate is attached hereto as Exhibit 1 and incorporated by reference.

4. No proceeding is now pending in California for administration of the decedent's estate.

5. I am the decedent's successor in interest, as defined in section 377.11 of the California Code of Civil Procedure, and succeed to the decedent's interest in the action in that I am a beneficiary of the deceased's estate.

6. No other person has a superior right to commence the action or proceeding or to be substituted for the decedent in the pending action or proceeding.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/13/08

_Liliana Reyes (Cortez)_
Samantha Lopez, a minor by and through her Guardian Ad Litem, Liliana Cortez

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO
## GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

## CERTIFICATE OF DEATH
### STATE OF CALIFORNIA

**State File Number:** 3200637015894

| Field | Value |
|---|---|
| 1. Name of Decedent — First | DAVID |
| 2. Middle | ARNULFO |
| 3. Last (Family) | LOPEZ |
| 4. Date of Birth | 06/06/1979 |
| 5. Age | 27 |
| 6. Sex | M |
| 8. Birth State/Foreign Country | CA |
| 10. Social Security Number | 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 |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | MARRIED |
| 7. Date of Death | 10/21/2006 |
| 14/15. Was Decedent Hispanic/Latino | YES MEXICAN |
| 16. Decedent's Race | MEXICAN |
| 13. Education | GED |
| 17. Usual Occupation | LABORER |
| 18. Kind of Business or Industry | GENERAL CONSTRUCTION |
| 19. Years in Occupation | 3 |
| 20. Decedent's Residence | 216 APOLLO DR #2 |
| 21. City | VISTA |
| 22. County/Province | SAN DIEGO |
| 23. Zip Code | 92084 |
| 24. Years in County | 27 |
| 25. State/Foreign Country | CA |
| 26. Informant's Name, Relationship | JULIA LOPEZ, SISTER |
| 27. Informant's Mailing Address | 216 APOLLO DR #2, VISTA, CA 92084 |
| 28. Name of Surviving Spouse — First | ARACELI |
| 30. Last (Maiden Name) | GOCOBACHI |
| 31. Name of Father — First | FILADELFO |
| 33. Last | LOPEZ |
| 34. Birth State | MX |
| 35. Name of Mother — First | CECILIA |
| 37. Last (Maiden) | BARRON |
| 38. Birth State | MX |
| 39. Disposition Date | 10/27/2006 |
| 40. Place of Final Disposition | MISSION SAN LUIS REY DE FRANCIA, 4050 MISSION AVE, OCEANSIDE, CA 92057 |
| 41. Type of Disposition(s) | BU |
| 42. Signature of Embalmer | ERIC TODASH |
| 43. License Number | EMB8839 |
| 44. Name of Funeral Establishment | EL CAJON-LAKESIDE-SANTEE MORTUA |
| 45. License Number | FD1022 |
| 46. Signature of Local Registrar | NANCY L BOWEN, MD |
| 47. Date | 10/25/2006 |
| 101. Place of Death | MOBILE HOME |
| 103. If Other than Hospital | Other |
| 104. County | SAN DIEGO |
| 105. Facility Address or Location Where Found | 1205 NORTH SANTA FE AVENUE |
| 106. City | VISTA |
| 107. Cause of Death — Immediate Cause (A) | MULTIPLE GUNSHOT WOUNDS |
| Time Interval | MINS |
| 108. Death Reported to Coroner? | YES |
| Referral Number | 06-02165 |
| 109. Biopsy Performed? | NO |
| 110. Autopsy Performed? | YES |
| 111. Used in Determining Cause? | YES |
| 112. Other Significant Conditions | NONE |
| 113. Was Operation Performed | NO |
| 119. Manner of Death | Homicide |
| 120. Injured at Work? | NO |
| 121. Injury Date | 10/21/2006 |
| 122. Hour | 1928 |
| 123. Place of Injury | MOBILE HOME |
| 124. Describe How Injury Occurred | SHOT BY ON DUTY LAW ENFORCEMENT OFFICER(S) |
| 125. Location of Injury | 1205 NORTH SANTA FE AVENUE, VISTA, CA 92083 |
| 126. Signature of Coroner/Deputy Coroner | STEVEN CAMPMAN |
| 127. Date | 10/24/2006 |
| 128. Type Name, Title of Coroner/Deputy Coroner | STEVEN CAMPMAN, MD, DME |

Margin notations: 1070, T019, Y350, *19

Barcode: *012006000347723*

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

May 12, 2008

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk.


*002335051*


ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE