# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 MAY 14 AM 11: 21
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By KWH
DEPUTY

SAMANTHA LOPEZ, a minor, et al. (See attached list).

vs

County of San Diego, a municipal corporation; City of Vista, a municipality; San Diego County Sheriff William Kolender, individually and in his official capacity; San Diego County Sheriff Officer Shawn Aitken, individually and in his official capacity; et al. (See attached list)

**SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT**
Case No. 07CV2028-JLS-WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Victor M. Torres, CSBN 140862, 406 Ninth Avenue, Suite 311, San Diego, CA 92101 Tel (619) 232-8776
Ezekiel E. Cortez, CSBN112808, 1010 Second Avenue, Suite 1850, San Diego, CA 92101 Tel (619)237-0309.

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

K. HAMERLY CLERK

MAY 14 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**Attachment to Summons in Case 07CV2028-JLS-WMc**

SAMANTHA LOPEZ, a minor, by and through her Guardian Ad Litem Liliana Cortez; SAMANTHA LOPEZ, a minor, by and through her Guardian Ad Litem Liliana Cortez, as Successor in Interest of David A. Lopez, deceased, Plaintiffs.

THE COUNTY OF SAN DIEGO, a municipality;  THE CITY OF VISTA, a municipality; SAN DIEGO COUNTY SHERIFF WILLIAM KOLENDER, individually and in his official capacity ;  SAN DIEGO COUNTY SHERIFF OFFICER SHAWN AITKEN, individually and in his official capacity ; SAN DIEGO COUNTY SHERIFF OFFICER JACOB PAVLENKO, individually and in his official capacity; SAN DIEGO COUNTY SHERIFF OFFICER   JONATHAN FECTEAU, individually and in his official capacity; ARACELI GOCOBACHI, an individual;  DOES 1 through 20, inclusive, Defendants.