JOHN J. SANSONE, County Counsel
County of San Diego
By DAVID G. AXTMANN, Senior Deputy (SBN 100176)
1600 Pacific Highway, Room 355
San Diego, California 92101
Telephone: (619) 531-5649
Facsimile: (619) 531-6005
E-Mail: david.axtmann@scounty.ca.gov

Attorneys for Defendants County of San Diego and City of Chula Vista

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, by and through her Legal Custodian, LILIANA CORTEZ, FILADELFO LOPEZ, LAURA ALONZO LOPEZ, ANNA LOPEZ & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,<br><br>   Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,<br><br>   Defendants. | No. 07CV2028-JLS(WMc)<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S RESPONSE TO PLAINTIFFS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**<br><br>Courtroom:<br>The Honorable Janis L. Sammartino |

As requested by the Court, defendant, County of San Diego does not intend to file an opposition to plaintiffs' pending motion for appointment of guardian ad litem.

DATED:                    JOHN J. SANSONE, County Counsel

                          By s/DAVID G. AXTMANN, Senior Deputy
                          Attorneys for Defendant County of San Diego
                          E-mail: david.axtmann@sdcounty.ca.gov

07CV2028-JLS(WMc)

Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On May 20, 2008, I served the following documents: **DEFENDANT COUNTY OF SAN DIEGO'S RESPONSE TO PLAINTIFFS' MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM** in the following manner:

☐ By personally delivering copies to the person served.

☐ By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☐ By faxing a copy to the person served. The document was transmitted by facsimile transmission and the transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

☒ By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Victor Manuel Torres: E-Mail lawforvatos@yahoo.com
Ezekiel E. Cortez: E-Mail lawforjustice@aol.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2008, at San Diego, California.

By: s/DAVID G. AXTMANN

[**Samantha Lopez, etc., et al. v. County of San Diego, et al.; United States District Court No. 07cv2028-JLS(WMc)**]