# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, by and through her Legal Custodian, LILIANA CORTEZ, FILADELFO LOPEZ, LAURA ALONZO LOPEZ, ANNA LOPEZ & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,<br><br>                                Plaintiffs,<br>vs.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,<br><br>                                Defendants. | CASE NO. 07cv2028 JLS (WMc)<br><br>**ORDER: GRANTING PLAINTFFS' EX PARTE APPLICATION FOR APPOINTMENT OF A GUARDIAN AD LITEM** |

      Presently before the Court is Plaintiffs' ex parte application for the Court to appoint Liliana Cortez as guardian ad litem to represent the interests of Plaintiff Samantha Lopez. [Doc. No. 11.] Defendants have filed a response stating that they "[do] not intend to file an opposition." [Doc. No. 13.] Good cause appearing, the Court **GRANTS** Plaintiffs' ex parte application.

      IT IS SO ORDERED.

DATED: May 21, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge