**Genaro Lara, Attorney at Law**
121 Broadway, Ste. 365
San Diego, CA 92101
Tel: (619) 236-8011
Fax: (619) 236-8078
**Emile Mullick, Attorney at Law**
330 "D" Street, Ste. 410
San Bernardino, CA 92401
Tel: (909) 384-1975

Attorneys for Plaintiff Araceli Gocobachi

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, by and through her Legal Custodian, LILIANA CORTEZ, FILADELFO LOPEZ, LAURA ALONZO LOPEZ, ANNA LOPEZ & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,<br>　　　Plaintiffs,<br>　　vs.<br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 07CV2028-JLS(WMc)<br><br>Motion to Intervene as a Plaintiff<br><br>Date: June 27, 2008<br>Time: 10:30 a.m.<br>Courtroom: 6<br>The Honorable Janis L. Sammartino |

Notice of Motion for Leave to Intervene (Rule 24):

To: JOHN J. SANSONE, County Counsel, DAVID G. AXTMANN, Senior Deputy, EZEKIEL E. CORTEZ and VICTOR MANUEL TORRES.

1  Please take notice that the undersigned will bring
2 the above motion for leave to intervene for hearing
3 before this Court at 880 Front St., San Diego, CA
4 92101, on June 27, 2008, at 10:30 a.m., or as soon
5 thereafter as counsel can be heard.
6  Applicant Araceli Gocobachi moves pursuant Rule 24
7 of the Federal Rules of Civil Procedure for leave to
8 intervene as a plaintiff in this action in order to
9 assert the claim against defendants.
10  In support of this motion, Applicant states that:
11  1. Applicant has an interest in the transaction that
12     is the subject of this suit as specifically and
13     particularly set forth in the attached
14     declaration and counsel.
15  2. Applicant is so situated that disposition of this
16     action without this intervention will, or may as
17     a practical matter, impair or destroy its ability
18     to protect that interest.
19  3. Applicant's interest cannot be adequately
20     represented by existing parties.

23  Dated: ____June 18, 2008____

25           Genaro Lara
26       Attorney for Araceil Gocobachi
27           ----S------------------------

Declaration of counsel

The undersigned, Attorney Genaro Lara, declares:

1.  I am licensed to practice law by the State of California and by the United States District Court of Southern California.  I am in good standing with the State Bar of California.
2.  I have been contacted by Araceli Gocobachi to represent her in the instant case.
3.  At the time of the death of David Arnulfo Lopez, Araceli Gocobachi was the lawful spouse of the deceased.  I have seen the marriage certificate number 4200537-007314, issued by the County of San Diego, which shows the names of the spouses, Araceli Gocobachi and David Arnulfo Lopez.
4.   I and Attorney Emile Mullick have been retained by Araceli Gocobachi to represent her in the instant litigation arising out of the death of her deceased husband, David Arnulfo Lopez, who was shot to death by San Diego County Sheriffs on October 21, 2006.

5. By all rights under the laws of the State of California, Araceli Gocobachi has the right to intervene in this action as the surviving spouse and entitled to litigate her interests as such.

6. As soon as the court allows Araceli to intervene as party plaintiff, I and Attorney E. Mullick will file an amended complaint.

I declare under penalty of perjury under the laws of the State of California the above is true and correct.

Genaro Lara, ----S—

Dated: June 18, 2008

**Genaro Lara, Attorney at Law**
121 Broadway, Ste. 365
San Diego, CA 92101
Tel: (619) 236-8011
Fax: (619) 236-8078
**Emile Mullick, Attorney at Law**
330 "D" Street, Ste. 410
San Bernardino, CA 92401
Tel: (909) 384-1975

Attorneys for Plaintiff Araceli Gocobachi

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, by and through her Legal Custodian, LILIANA CORTEZ, FILADELFO LOPEZ, LAURA ALONZO LOPEZ, ANNA LOPEZ & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,<br>          Plaintiffs,<br>     vs.<br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal | Case No.: 07CV2028-JLS(WMc)<br><br>Certificate of Service<br><br>Date: June 27, 2008<br>Time: 10:30 a.m.<br>Courtroom: 6<br>The Honorable Janis L. Sammartino |

corporation & DOES 1-50, inclusive,

Defendants.

I, Genaro Lara, am a citizen of the United States and am least eighteen years of age. My business address is 121 Broadway, Suite 365, San Diego, California 92101. I'm not a party to the above-entitled action. I have caused service of **Motion to Intervene** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on June 16, 2008

                                 Genaro Lara, ---S---