```
1  VICTOR MANUEL TORRES
   California Bar No. 140862
2  406 Ninth Avenue, Suite 311
   San Diego, CA 92101
3  Telephone: (619) 232-8776
   Facsimile: (619) 232-5854
4  lawforvatos@yahoo.com

5  EZEKIEL E. CORTEZ
   California Bar No. 112808
6  1010 Second Avenue, Suite 1850
   San Diego, CA 92101
7  Telephone: (619)237-0309

8  Attorney for Plaintiff SAMANTHA LOPEZ (a minor, by and through her Guardian ad
   Litem Liliana Cortez)
9
```

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| SAMANTHA LOPEZ, et al. | ) Civil Case No. 07cv2028-JLS(WMc) |
|---|---|
| Plaintiffs, | ) ACKNOWLEDGMENT OF<br>) RECEIPT |
| v. | ) |
| THE COUNTY OF SAN DIEGO, et al., | ) |
| Defendants. | ) |

This acknowledges receipt of a copy of the Summons and Fist Amended Complaint on behalf of Defendant Araceli Gocobachi.

Date: 6-20-08

*/s/ Genaro Lara*

GENARO LARA, Esq.
Attorney for Ms. Gocobachi

1