1  Genaro Lara, Attorney at Law, SBN145659
   121 Broadway, Suite 365
2  San Diego, CA 92101
   Tel: 619-236-8011, Fax: 619-236-8078
3  genarolara@att.net

4  Emile Mullick, Attorney at Law, SBN 146706
   330 "D" Street, Suite 410
5  San Bernardino, CA 92401
   Tel: 909-384-1975,   Fax: 909-384-8231
6
   Attorneys for Plaintiff, Araceli Gocobachi
7

8
                    UNITED STATES DISTRICT COURT
9
                    SOUTHERN DISTRICT OF CALIFORNIA
10

11
   SAMANTHA LOPEZ, a Minor, by and          )    Case No. CV 07-2028-JLS (Wmc)
12 through her Guardian Ad Litem Liliana    )
   Cortez; SAMANTHA LOPEZ, a minor by       )
13 and through her Guardian Ad Litem        )         Certificate of service
   Liliana Cortez, as Successor in Interest of )
14 David A. Lopez, deceased                  )
                         Plaintiff,          )
15                                           )
   v.                                        )
16                                           )
   THE COUNTY OF SAN DIEGO, a                )
17 municipality; the CITY OF VISTA, a        )
   municipality;   SAN DIEGO COUNTY          )
18 SHERIFF WILLIAM KOLENDER,                 )
   individually and in his official capacity; )
19 SAN DIEGO COUNTY SHERIFF                  )
   OFFICER SHAWN AITKEN, individually        )
20 and in his official capacity, SAN DIEGO   )
   COUNTY SHERIFF OFFICER, JACOB             )
21 PAVLENKO, individually and in his official)
   capacity; SAN DIEGO COUNTY DEPUTY)
22 OFFICER JONATHAN FECTEAU,                 )
   individually and in his official capacity;  )
23 ARACELI GOCOBACHI, an individual,         )
   DOES 1 through 20, inclusive              )
24                                           )
                         Defendants          )
25 _____ )

26
   I, Genaro  Lara, am a citizen of the United States and at least eighteen years of age.  My business
27

28                                      1

address is 121 Broadway, Suite 365, San Diego, CA. 92101.

I am not a party to the above-entitled action. I have caused service of the Cross Complaint filed by Araceli Gocobachi on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

Victor Manuel Torres,
John Sansone,
David Axtmann
Ezequiel E. Cortez.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July 2008

-S- Genaro Lara.