ORIGINAL

FILED
2008 JUL -3 PM 2: 17
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  EMILE M. MULLICK, ESQ.
   State Bar No. 146706
2  330 North "D" Street, Suite 410
   San Bernardino, California 92401
3  Telephone: (909) 384-1975
   FAX:       (909) 384-8231
4  E-Mail: emullick@yahoo.com

5  GENARO LARA, ESQ.
   State Bar No. 145659
6  121 Broadway, Suite 365
   San Diego, CA 92101
7  Telephone: (619) 236-8011
   FAX:       (619) 236-8078
8  E-Mail: genarolara@aol.com

9  Attorneys for Cross-Complainant
   ARACELI GOCOBACHI
10

11           UNITED STATES DISTRICT COURT

12           SOUTHERN DISTRICT OF CALIFORNIA

13

14 SAMANTHA LOPEZ, a minor, by and      )  CASE NO.
   through her Guardian Ad Litem Liliana )  CV 07-2028-JLS(WMc)
15 Cortez; SAMANTHA LOPEZ, a minor, by  )
   and and through her Guardian Ad Litem )
16 Liliana Cortez, as Successor in Interest of )
   David A. Lopez, deceased              )
17                                        )  CROSS COMPLAINT
                Plaintiff,               )
18                                        )  1. FEDERAL CIVIL RIGHTS
   v.                                    )     VIOLATIONS;
19                                        )
   THE COUNTY OF SAN DIEGO, a            )  2. MONELL CLAIM
20 municipality; THE CITY OF VISTA a     )
   municipality; SAN DIEGO COUNTY        )  Supplemental State Tort Claims:
21 SHERIFF WILLIAM KOLENDER,             )
   individually and in his official capacity; )  3. WRONGFUL DEATH;
22 SAN DIEGO COUNTY SHERIFF              )  4. VIOLATION OF RIGHT TO
   OFFICER SHAWN AITKEN, individually    )     FAMILIAL RELATIONSHIP;
23 and in his official capacity, SAN DIEGO )  5. BATTERY.
   COUNTY SHERIFF OFFICER JACOB          )
24 PAVLENKO, individually and in his official )
   capacity; SAN DIEGO COUNTY DEPUTY     )  DECLARATION OF
25 OFFICER JONATHAN FECTEAU,             )  SUCCESSOR IN INTEREST;
   individually and in his official capacity; )  CERTIFIED COPY OF
26 ARACELI GOCOBACHI, an individual;     )  MARRIAGE CERTIFICATE;
   DOES 1 through 20, inclusive.         )
27                                        )
                Defendants               )  DEMAND FOR JURY TRIAL
28 _____)

CROSS COMPLAINT OF SAMANTHA LOPEZ                                    1

1  ARACELA GOCOBACHI as successor in  )
   interest as to Decedent DAVID A. LOPEZ, )
2  and as wife of Decedent DAVID A. LOPEZ )
                                          )
3       Defendant and Cross-Complainant   )
                                          )
4  v.                                     )
                                          )
5  COUNTY OF SAN DIEGO, a Public Entity   )
   of the State of California;            )
6  SHAWN AITKEN, a San Diego County       )
   Deputy Sheriff, individually and as a San )
7  Diego County Deputy Sheriff; JACOB     )
   PAVLENKO, a San Diego County Deputy    )
8  Sheriff, individually and as a San Diego )
   County Deputy Sheriff; JONATHAN        )
9  FECTEAU, a San Diego County Deputy     )
   Sheriff individually and as a San Diego )
10 County Deputy Sheriff; DOES 1 through 10.)
                                          )
11      Cross-Defendants                  )
                                          )

## INTRODUCTION

1.

This cross-complaint is based on upon the Federal Civil Rights Act of 1871 (42 United States Code, section 1983), and the California State claims provided by California Civil Code section 52.1(a)(b) and California Code of Civil Procedure section 377.11.

Cross- Complainant ARACELA GOCOBACHI , as decedent's successor in interest as to the decedent DAVID LOPEZ, as defined in California Code of Civil Procedure section 377.11, and as wife of DAVID LOPEZ, herein complains of acts and omissions which contributed to and caused the death of her husband, DAVID LOPEZ, Cross-Complainant's Decedent. Said acts occurred outside a residence at the Vista Terraces Mobile Home Park in Vista on or about October 21, 2006.

Cross-Complainant's Declaration of Successor In Interest is attached as Exhibit A. A Certified Copy of Certificate Of Marriage to Cross-complainant's decedent is attached as Exhibit B.

1   On or about April 20, 2007, Plaintiffs filed a claim with the City of Vista
2   for the injuries and losses alleged herein. On or about May 10, 2007, the claim
3   was denied. On or about April 20, 2007, Plaintiffs filed a claim with the County
4   of San Diego for the injuries and losses alleged herein. On or about May 21,
5   2007, the claim was denied.
6   Cross-complainant ARACELA GOCOBACHI, as decedent's successor in
7   interest as to the decedent DAVID LOPEZ and as wife of the decedent DAVID
8   LOPEZ, alleges as follows:

PLAINTIFFS' FIRST CAUSE OF ACTION

FEDERAL CIVIL RIGHTS VIOLATION

2.

12   This cause of action arises under 42 United States Code sections 1983 and
13   1988, wherein Cross-Complainant ARACELA GOCOBACHI seek to redress a
14   deprivation under color of law of a right, privilege, or immunity secured to
15   Cross-Complainant's decedent DAVID LOPEZ, and to Cross-Complainant
16   ARACELA GOCOBACHI, by the Fourth and Fourteenth Amendments of the
17   United States Constitution.

3.

19   Jurisdiction is conferred upon this Court by 28 United States Code section
20   1331 (federal question) and 28 United States Code section 1343, subdivision 3
21   (civil rights). Venue lies in the Central District of California, the judicial district
22   in which the claim arose, pursuant to 28 United States Code section 1391,
23   subdivision b.

4.

25   At all times material herein, Cross-Defendants SHAWN AITKEN,
26   JACOB PAVLENKO, and JONATHON FECTEAU and Cross-Defendants
27   DOES 1 through 10, inclusive, and each of them, were duly appointed, qualified
28   and acting County of San Diego Deputy Sheriffs or Agents, and at all times

1 herein mentioned each defendant was acting within the course and scope of such
2 employment and under color of law.

3                                         5.

4       The true names of Cross-Defendants DOES 1 through 10, inclusive and
5 each of them, is not known to Cross-Complainant who, therefore, sues said
6 Cross-Defendants by such fictitious names, but upon ascertaining the true
7 identity of a DOE Cross-defendant, Cross-Complainant will substitute same, or
8 seek leave to do so, in lieu of such fictitious name.

9                                         6.

10      Cross-Complainant is informed and believe and based thereon allege that
11 each said DOE Cross-Defendant is in some way responsible for the death of
12 Cross-Complainant's Decedent herein complained of.

13                                        7.

14      The acts, omissions, and events herein described and complained of
15 occurred on or about October 21, 2006, at or near a residence at the Vista
16 Terraces Mobile Home Park in the City of Vista, County of San Diego.

17                                        8.

18      On or about the date, time, and place aforementioned, Cross-Defendants
19 SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and
20 Cross-Defendants DOES 1 through 10, inclusive, and each of them, deprived
21 Cross-Complainant's Decedent of the right to security of the person from
22 unreasonable search and seizure and unjustified force and bodily injury in
23 violation of the Fourth Amendment to the United States Constitution, and of
24 substantive due process of law in violation of the Fourteenth Amendment to the
25 United States Constitution, in that at or about said date, time and place, said
26 Cross-Defendants knowingly and wilfully acted as herein described.

27                                        9.

28      On or about the date, time, and place aforementioned, Cross-Defendants

SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and Cross-Defendants DOES 1 through 10, inclusive, and each of them, conspired to deprive plaintiffs' decedent of the right to equal protection of the laws based on a racially motivated bias against Cross-Complainant's Decedent DAVID LOPEZ in violation of the Fourteenth Amendment to the United States Constitution, in that at or about said date, time and place, said defendants knowingly and wilfully acted as herein described.

10.

On or about the date, time, and place aforementioned, Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and Cross-Defendants DOES 1 through 10, inclusive, and each of them, deprived Cross-Complainant ARACELA GOCOBACHI, wife of decedent DAVID LOPEZ, of familial companionship and society, and of substantive due process of law in violation of the Fourteenth Amendment to the United States Constitution, in that at or about said date, time and place, said Cross-Defendants knowingly and wilfully acted as herein described.

11.

On or about the date, time, and place aforementioned, Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and Cross-Defendants DOES 1 through 10, responded to a call to investigate an incident outside a residence at the Vista Terraces Mobile Home Park in the City of Vista, County of San Diego.

12.

On or about the date, time, and place aforementioned, Cross-Complainant's Decedent DAVID LOPEZ was found outside a residence at the Vista Terraces Mobile Home Park in the City of Vista, County of San Diego.

13.

On or about the date, time, and place aforementioned, Cross-

1 | Complainant's Decedent DAVID LOPEZ was carrying no weapons.

2 | 14.

3 | On or about the date, time and place aforementioned, Cross-Complainant's
4 | Decedent DAVID LOPEZ was confronted by Cross-Defendants SHAWN
5 | AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and Cross-
6 | Defendants DOES 1 through 10 outside a residence at the Vista Terraces Mobile
7 | Home Park in the City of Vista. Decedent DAVID LOPEZ ran from the officers.
8 | After a short foot pursuit of Decedent DAVID LOPEZ, the Cross-Defendants and
9 | each of them, while under no threat from Decedent DAVID LOPEZ and with
10 | Decedent DAVID LOPEZ posing no threat to others, shot Decedent DAVID
11 | LOPEZ numerous times in the back. Decedent DAVID LOPEZ suffered injury
12 | from the shooting, and after some period of time to be determined, death.

13 | 18.

14 | Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and
15 | JONATHON FECTEAU, and Cross-Defendants DOES 1 through 10 prepared,
16 | cooperated in, encouraged, abetted, condoned and approved the preparation,
17 | submission, filing and use of oral and written reports and statements concerning
18 | the events surrounding the shooting of plaintiff's decedent which, as Cross-
19 | Defendants each at all relevant times well knew and intended, falsely alleged and
20 | charged that the death of plaintiff's decedent was justified, and which reports and
21 | statements, as Cross-Defendants at all relevant times knew and intended, omitted
22 | and misrepresented the shooting and use of unreasonable, unnecessary and
23 | brutal force upon plaintiff's decedent by Cross-Defendants.

24 | 19.

25 | The aforedescribed false reports, statements and misrepresentations were
26 | knowingly made, encouraged, supported, abetted, approved and condoned by
27 | each defendant pursuant to a common plan, conspiracy, and agreement with the
28 | intent and for the purpose of causing Cross-Complainant ARACELA

GOCOBACHI to be mislead and to avert investigation of and punishment and discipline for Cross-Defendants' own aforedescribed misconduct.

## PLAINTIFF'S SECOND CAUSE OF ACTION

## VIOLATION OF FEDERAL CIVIL RIGHTS, MONELL CLAIM

20.

Cross-Complainant ARACELA GOCOBACHI, as decedent's successor in interest as to the decedent DAVID LOPEZ, as defined in California Code of Civil Procedure section 377.11, refers to and repleads each and every allegation contained in paragraphs 1 through 19 of this Cross-Complaint and by this reference incorporates the same herein and makes each a part hereof.

21.

On and for some time prior to October 21, 2006, Cross-Defendants COUNTY OF SAN DIEGO, and DOES 1 through 10, and each of them, deprived Cross-Complainant's Decedent DAVID LOPEZ of rights and liberties secured to him by the Fourth, Fifth, and Fourteenth Amendments of the United States Constitution, in that said Cross-Defendants and their supervising and managerial employees, agents, and representatives, acting with deliberate indifference to the rights of persons with whom the police come into contact, and of Cross-Complainant and Cross-Complainant's Decedent and of persons in their class, situation, and comparable position in particular, knowingly maintained, enforced, and applied a policy and practice of inadequately supervising, training, and controlling Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and Cross-Defendants DOES 1 through 10, inclusive, and each of them, whom Cross-Defendants COUNTY OF SAN DIEGO, and DOES 1 through 10, inclusive, each knew, or in the exercise of reasonable care should have known, performed their duties in the aforedescribed manner.

22.

By reason of the aforedescribed policies and practices of Cross-Defendant

COUNTY OF SAN DIEGO, and DOES 1 through 10, and each of them, Cross-Complainant's Decedent DAVID LOPEZ was killed and sustained great injuries as described herein.

23.

By reason of the aforedescribed acts and omissions of Cross-Defendants and each of them, Cross-Complainant ARACELA GOCOBACHI was required to and did retain an attorney to institute and prosecute the within action, and to render legal assistance to Cross-Complainant ARACELA GOCOBACHI that she might vindicate the loss and impairment of her aforementioned rights; and by reason thereof, Cross-Complainant ARACELA GOCOBACHI requests payment by Cross-Defendants of a reasonable sum as and for attorney's fees pursuant to 42 United States Code section 1988.

## SUPPLEMENTAL STATE CLAIMS

24.

Jurisdiction is conferred upon this court by Rule 18, Federal Rules of Civil Procedure. On or about April 20, 2007, pursuant to Government Code Section 910 et seq., and in substantial compliance therewith, Plaintiffs filed a claim with the City of Vista for the injuries and losses alleged herein. On or about May 10, 2007, the claim was denied. On or about April 20, 2007, pursuant to Government Code Section 910 et seq., and in substantial compliance therewith, Plaintiffs filed a claim with the County of San Diego for the injuries and losses alleged herein. On or about May 21, 2007, the claim was denied.

## PLAINTIFF'S THIRD CAUSE OF ACTION
## WRONGFUL DEATH

25.

Cross-Complainant ARACELA GOCOBACHI, as decedent's successor in interest as to the decedent DAVID LOPEZ, as defined in California Code of Civil Procedure section 377.11, refers to and repleads each and every allegation

contained in paragraphs 1 through 19 of this Cross-Complaint and by this reference incorporates the same herein and makes each a part hereof.

26.

As a result of the aforedescribed acts and omissions of Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and DOES 1-10 and each of them, Cross-Complainant's Decedent DAVID LOPEZ, represented by decedent's successor in interest Cross-Complainant ARACELA GOCOBACHI, sustained losses by his wrongful death; and by reason therefore, decedent's successor in interest claims damages from Cross-Defendants for injuries suffered by decedent DAVID LOPEZ as defined in California Code of Civil Procedure section 377.11 and in an amount to be proven at trial.

## PLAINTIFF'S FOURTH CAUSE OF ACTION
## VIOLATION OF RIGHT TO FAMILIAL RELATIONSHIP

27.

Cross-Complainant ARACELA GOCOBACHI, as wife of the decedent DAVID LOPEZ, refers to and repleads each and every allegation contained in paragraphs 1 through 19 of this Cross-Complaint and by this reference incorporates the same herein and makes each a part hereof.

28.

As a result of the aforedescribed acts and omissions of Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and DOES 1-10 and each of them, Cross-Complainant ARACELA GOCOBACHI, as wife of DAVID LOPEZ, has suffered a deprivation of familial companionship, consortium, and society by the loss of her husband.

29.

As a result of the aforedescribed acts and omissions of Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and DOES 1-10 and each of them, Cross-Complainant ARACELA GOCOBACHI, as

wife of DAVID LOPEZ, sustained great physical and mental pain and suffering, shock to his nervous system, and he suffered and continues to suffer great anguish, anxiety, humiliation, fear, anger, depression, nervousness and emotional distress.

30.

By reason of the aforedescribed acts and omissions of Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and DOES 1-10 and each of them, Cross-Complainant ARACELA GOCOBACHI, as wife of DAVID LOPEZ, will in the future require medical, psychological, and psychiatric care and treatment; and by reason thereof, plaintiffs will in the future incur hospital, doctor, x-ray, medical, pharmaceutical and incidental expenses in an amount as provided at trial.

31.

As a result of the aforedescribed acts and omissions of Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and DOES 1-10 and each of them, Cross-Complainant's Decedent DAVID LOPEZ did require medical care and treatment, transportation and funeral services; and by reason thereof, Decedent's successors in interest Cross-Complainant ARACELA GOCOBACHI claims damages from Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and DOES 1-10 and each of them in an amount to be proven at trial.

32.

The aforedescribed acts and omissions of each defendant was done by each defendant knowingly, intentionally and maliciously for the purpose of harassment, oppression, and inflicting injury upon plaintiff's decedent and in reckless, wanton and callous disregard of plaintiff's decedent's safety, security, and civil rights; and by reason thereof, Cross-Complainant ARACELA GOCOBACHI, as Decedent's successors in interest as to the decedent DAVID

LOPEZ claim exemplary and punitive damages from each Defendant except Defendant COUNTY OF SAN DIEGO.

## CROSS-COMPLAINANT'S FIFTH CAUSE OF ACTION
## BATTERY

33.

Cross-Complainant ARACELA GOCOBACHI, as decedent's successor in interest as to the decedent DAVID LOPEZ, as defined in California Code of Civil Procedure section 377.11, refers to and repleads each and every allegation contained in paragraphs 1 through 19 of this Cross-Complaint and by this reference incorporates the same herein and makes each a part hereof.

34.

The acts of Cross-Defendants SHAWN AITKEN, JACOB PAVLENKO, and JONATHON FECTEAU, and DOES 1-10 and each of them, described herein, were without consent and caused the death of Cross-Complainant's Decedent by gun shot.

WHEREFORE, Cross-Complainant ARACELA GOCOBACHI prays for damages against Cross-Defendants and each of them, as follows:

1. General damages in the sum of $2,000,000 from each individual Cross-Defendant;
2. General Damages in the sum of $1,000,000 from Defendant COUNTY OF SAN DIEGO;
3. Medical, hospital, doctor, psychiatric, psychological, pharmacy, x-ray, and incidental expenses as to Cross-Complainant and Cross-Complainant's Decedent in an amount proved at trial;
4. Loss of future income and support as proved at trial;
5. Punitive and exemplary damages from each Cross-Defendant except COUNTY OF SAN DIEGO, in the sum of $50,000;
6. Reasonable attorney's fees, expenses, and costs of this litigation;

7.  Such other and further relief as the Court deems appropriate and just.

DATED: June 29, 2008

_____
GENARO LARA
Attorney for Cross-Complainant
ARACELA GOCOBACHI

### CROSS-COMPLAINANT'S JURY DEMAND

Cross-Complainant ARACELA GOCOBACHI hereby demands trial by jury.

DATED: June 29, 2008

_____
GENARO LARA
Attorney for Cross-Complainant
ARACELA GOCOBACHI