EXHIBIT A, DECLARATION OF SUCCESSOR IN INTEREST

EXHIBIT A, DECLARATION OF SUCCESSOR IN INTEREST

```
 1  EMILE M. MULLICK, ESQ.
    State Bar No. 146706
 2  330 North "D" Street
    San Bernardino, California 92401
 3  Telephone: (909) 384-1975
    email: emullick@mullick-law.com
 4
    GENARO LARA, ESQ.
 5  State Bar No. 145659
    121 Broadway, Suite 365
 6  San Diego, CA 92101
    Telephone: (619) 236-8011
 7  FAX:       (619) 236-8078
    E-Mail: genarolara@aol.com
 8
    Attorneys for Cross-Complainant
 9  ARACELI GOCOBACHI
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a minor, by and through her Guardian Ad Litem Liliana Cortez; SAMANTHA LOPEZ, a minor, by and and through her Guardian Ad Litem Liliana Cortez, as Successor in Interest of David A. Lopez, deceased<br><br>                Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN DIEGO, a municipality; THE CITY OF VISTA a municipality; SAN DIEGO COUNTY SHERIFF WILLIAM KOLENDER, individually and in his official capacity; SAN DIEGO COUNTY SHERIFF OFFICER SHAWN AITKEN, individually and in his official capacity, SAN DIEGO COUNTY SHERIFF OFFICER JACOB PAVLENKO, individually and in his official capacity; SAN DIEGO COUNTY DEPUTY OFFICER JONATHAN FECTEAU, individually and in his official capacity; ARACELI GOCOBACHI, an individual; DOES 1 through 20, inclusive.<br><br>                Defendants | CASE NO. CV 07-2028-JLS(WMc)<br><br>DECLARATION OF SUCCESSOR IN INTEREST<br><br>ARACELA GOCOBACHI<br><br>CCP §377.32 |

DECLARATION OF SUCCESSOR    1

| | |
|---|---|
| 1<br>2 | ARACELA GOCOBACHI as successor in interest as to Decedent DAVID A. LOPEZ, and as wife of Decedent DAVID A. LOPEZ ) ) ) |
| 3 | Defendant and Cross-Complainant ) |
| 4 | v. ) |
| 5<br>6<br>7<br>8<br>9<br>10 | COUNTY OF SAN DIEGO, a Public Entity of the State of California; SHAWN AITKEN, a San Diego County Deputy Sheriff, individually and as a San Diego County Deputy Sheriff; JACOB PAVLENKO, a San Diego County Deputy Sheriff, individually and as a San Diego County Deputy Sheriff; JONATHAN FECTEAU, a San Diego County Deputy Sheriff individually and as a San Diego County Deputy Sheriff; DOES 1 through 10. ) ) ) ) ) ) ) ) ) ) |
| 11 | Cross-Defendants ) |

ARACELA GOCOBACHI, Declarant, hereby states:

1. That DAVID LOPEZ is the name of the decedent.

2. That DAVID LOPEZ died on October 21, 2006, at the City of Vista, County of San Diego, California.

3. That no proceeding is now pending in California for administration of the decedent's estate.

4. That the declarant is the wife of the decedent and is a successor in interest as to decedent, as defined in section 377.11 of the California Code of Civil Procedure and succeeds to the decedent's interest in the action or proceeding.

5. Decedent has a minor child SAMANTHA LOPEZ who is a successor in interest as to decedent, as defined in section 377.11 of the California Code of Civil Procedure.

6. No other person has a superior right to commence the action or proceeding or

/ / /

/ / /

1  to be substituted for the decedent in the pending action or proceeding.
2      I declare under penalty of perjury, under the laws of the State of California,
3  that the foregoing is true and correct.
4      Executed on _July 2, 2008_ at _VISTA_,
5  California.

        _ARACELI GOCOBACHI_
        ARACELA GOCOBACHI
        Declarant

---

DECLARATION OF SUCCESSOR                                                    3