EXHIBIT B,  MARRIAGE CERTIFICATE

Case 3:07-cv-02028-JLS-WMC    Document 22-3    Filed 07/03/2008    Page 1 of 2

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**LICENSE AND CERTIFICATE OF MARRIAGE**  4200537 007314

MUST BE LEGIBLE—MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

STATE FILE NUMBER / LOCAL REGISTRATION NUMBER

### GROOM PERSONAL DATA

- 1A. NAME OF GROOM—FIRST (GIVEN): DAVID
- 1B. MIDDLE: ARNULFO
- 1C. LAST (FAMILY): LOPEZ
- 2. DATE OF BIRTH—MONTH, DAY, YEAR: 06/06/1979
- 3A. RESIDENCE—STREET AND NUMBER: 524 N CITRUS AVE UNIT B
- 3B. CITY: VISTA
- 3C. ZIP CODE: 92084
- 3D. COUNTY: SAN DIEGO
- 4. STATE OF BIRTH: CA
- 5. MAILING ADDRESS—IF DIFFERENT: ---
- 6. NUMBER OF PREVIOUS MARRIAGES: 00
- 7A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT
- 7B. DATE—MONTH, DAY, YEAR: --/--/----
- 8A. USUAL OCCUPATION: GENERAL LABORER
- 8B. USUAL KIND OF BUSINESS OR INDUSTRY: CONSTRUCTION
- 9. EDUCATION—YEARS COMPLETED: 11
- 10A. FULL NAME OF FATHER: FILADELFO LOPEZ
- 10B. STATE OF BIRTH: MX
- 11A. FULL MAIDEN NAME OF MOTHER: CECILIA BARRON
- 11B. STATE OF BIRTH: MX

1021

### BRIDE PERSONAL DATA

- 12A. NAME OF BRIDE—FIRST (GIVEN): ARACELI
- 12B. MIDDLE: ---
- 12C. CURRENT, LAST (FAMILY): GOCOBACHI VERDUGO
- 12D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN (12C): ---
- 13. DATE OF BIRTH—MONTH, DAY, YEAR: 11/20/1975
- 14A. RESIDENCE—STREET AND NUMBER: 131 TOWNSITE DR
- 14B. CITY: VISTA
- 14C. ZIP CODE: 92084
- 14D. COUNTY: SAN DIEGO
- 15. STATE OF BIRTH: MX
- 16. MAILING ADDRESS—IF DIFFERENT: ---
- 17. NUMBER OF PREVIOUS MARRIAGES: 00
- 18A. LAST MARRIAGE ENDED BY: ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT
- 18B. DATE—MONTH, DAY, YEAR: --/--/----
- 19A. USUAL OCCUPATION: HOMEMAKER
- 19B. USUAL KIND OF BUSINESS OR INDUSTRY: OWN HOME
- 20. EDUCATION—YEARS COMPLETED: 08
- 21A. FULL NAME OF FATHER: JULIO GOCOBACHI MENDOZA
- 21B. STATE OF BIRTH: MX
- 22A. FULL MAIDEN NAME OF MOTHER: ISABEL VERDUGO COTA
- 22B. STATE OF BIRTH: MX

### AFFIDAVIT

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

- 23. SIGNATURE OF GROOM
- 24. SIGNATURE OF BRIDE: ARACELI GOCOBACHI

### LICENSE TO MARRY

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

- 25A. ISSUE DATE—MONTH, DAY, YEAR: 05/18/2005
- 25B. LICENSE EXPIRES AFTER—MONTH, DAY, YEAR: 08/16/2005
- 25C. LICENSE NUMBER: 4200537 009345
- 25D. COUNTY OF ISSUE: SAN DIEGO
- 25E. NAME OF COUNTY CLERK: GREGORY J SMITH
- 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE): BY ANNA NAVARRO, DEPUTY

### WITNESS(ES) (ONE REQUIRED)

- 26A. SIGNATURE OF WITNESS
- 26B. ADDRESS—STREET AND NUMBER: 334 VIA VERA CRUZ #150
- 26C. CITY, STATE AND ZIP CODE: SAN MARCOS CA 92078
- 27A. SIGNATURE OF WITNESS
- 27B. ADDRESS—STREET AND NUMBER
- 27C. CITY, STATE AND ZIP CODE

### CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

- ON: MONTH 05, DAY 18, YEAR 2005
- AT: CITY OR TOWN SAN MARCOS, COUNTY SAN DIEGO, CALIFORNIA
- 29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE
- 29B. RELIGIOUS DENOMINATION (IF CLERGY)
- 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT): ANNA NAVARRO
- 29D. OFFICIAL TITLE: DEPUTY MARRIAGE COMMISSIONER
- 29E. MAILING ADDRESS: PO BOX 121750 SAN DIEGO CA
- 29F. ZIP CODE: 92112

### LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)

- 30A. SIGNATURE OF LOCAL REGISTRAR: Gregory J. Smith, Recorder/County Clerk
- 30B. SIGNATURE OF DEPUTY (IF APPLICABLE): BY DEPUTY
- 31. DATE ACCEPTED FOR REGISTRATION: 05/23/2005

---

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

June 1, 2005

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*001518455*