1  Genaro Lara, Attorney at Law, SBN145659
   121 Broadway, Suite 365
2  San Diego, CA 92101
   Tel: 619-236-8011, Fax: 619-236-8078
3  genarolara@att.net

4  Emile Mullick, Attorney at Law, SBN 146706
   330 "D" Street, Suite 410
5  San Bernardino, CA 92401
   Tel: 909-384-1975,   Fax: 909-384-8231

6  Attorneys for Plaintiff, Araceli Gocobachi

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, by and through her Guardian Ad Litem Liliana Cortez; SAMANTHA LOPEZ, a minor by and through her Guardian Ad Litem Liliana Cortez, as Successor in Interest of David A. Lopez, deceased<br>　　　　　　　Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN DIEGO, a municipality; the CITY OF VISTA, a municipality;   SAN DIEGO COUNTY SHERIFF WILLIAM KOLENDER, individually and in his official capacity; SAN DIEGO COUNTY SHERIFF OFFICER SHAWN AITKEN, individually and in his official capacity, SAN DIEGO COUNTY SHERIFF OFFICER, JACOB PAVLENKO, individually and in his official capacity; SAN DIEGO COUNTY DEPUTY OFFICER JONATHAN FECTEAU, individually and in his official capacity; ARACELI GOCOBACHI, an individual, DOES 1 through 20, inclusive<br>　　　　　　　Defendants | Case No. CV 07-2028-JLS (Wmc)<br>ARACELI GOCOBACHI, DEFENDANT-CROSS CLAIMANT'S NOTICE OF WITHDRAWAL OF DOCUMENT #20. |

Defendant, Cross Complainant, Araceli Gocobachi, by and through her counsel hereby requests

1

1 the previously filed document #20 be withdrawn as it was electronically filed in error.

3 Respectfully Submitted,

6 /S/   Genaro Lara, for Araceli Gocobachi

8 Dated:   July 8, 2008

25 CERTIFICATE OF SERVICE

26 I, Genaro Lara, am a citizen of the United States and at least 18 years of age.  My business

27 address is 121 Broadway, Suite 365, San Diego, CA 92101.

1. I am not a party to the above entitled action.  I have caused service of the above notice of
2. withdrawal of motion on the following named parties by electronically filing the foregoing with
3. the Clerk of the District Court using the ECF system which electronically notifies them.
4. Victor Torres,
5. John Sansone,
6. David Axtman,
7. Ezequiel F. Cortez
8. I declare under penalty of perjury that the foregoing is true and correct.
9. Executed this 8th day of July 2008.

/S/   Genaro Lara