**JOHN J. SANSONE,** County Counsel
County of San Diego
By **DAVID AXTMANN,** Senior Deputy (SBN 100176)
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: (619) 531-5649
Facsimile: (619) 531-6005
david.axtmann@sdcounty.ca.gov

Attorneys for Defendants **County of San Diego and City of Vista**

**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Telephone: (619) 232-8776
Facsimile: (619) 232-5854
lawforvatos@yahoo.com

Attorney for Plaintiff **SAMANTHA LOPEZ (a minor, by and through her Guardian ad Litem Liliana Cortez)**

**GENARO LARA**
121 Broadway, Suite 365
San Diego, CA 92101
Telephone: (619) 235-8011
Facsimile: (619) 236-8078

Attorney for Cross-Complainant **ARACELI GOCOBACHI**

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, et al. ) | Civil Case No. 07cv2028-JLS(WMc) |
| Plaintiffs, ) | |
| v. ) | **JOINT DISCOVERY PLAN** |
| THE COUNTY OF SAN DIEGO, et al., ) | |
| Defendants. ) | |
| **AND RELATED CROSS ACTION** ) | |

07CV2028-JLS(WMc), Lopez v. County of San Diego

A. The parties' Federal Rules of Civil Procedure rule 26(f) telephonic meeting was conducted on July 17, 2008, between David Axtmann, Victor Torres and Ezekiel Cortez at their respective offices in San Diego.

B. *Pre-Discovery Disclosures:* The parties will exchange by August 15, 2008, the information required by Federal Rules of Civil Procedure rule 26(a)(1).

C. *Case Management Schedule:* After consultation with the parties, the court will set case management dates at the Case Management Conference on August 11, 2008. Those dates established by the Case Management Schedule are binding deadlines in this case.

D. *Discovery Plan:* The parties jointly propose to the court the following discovery plan outlining the scope and timing of discovery within the framework of the Case Management Schedule.

1. Discovery on all liability issues and all damages in the case;

2. The number of interrogatories per party will be governed by Federal Rule of Civil Procedure 33 and Local Civil Rule 33.1;

3. Production of documents, electronically stored information. And tangible things, or entering onto land, for inspection and other purposes, shall be governed by Federal Rule of Civil Procedure 34.

4. The parties will comply with Federal Rule of Civil Procedure 36 and Local Civil Rule 36.1 regarding requests for admission.

5. Oral depositions shall be governed by Federal Rule of Civil Procedure 30. A maximum of ten depositions by plaintiff, cross-complainant, and defendants, in addition to expert depositions, except with leave of court as provided in Federal Rules of Civil Procedure, rules 30.

6. The sequence of depositions to be scheduled on a mutually convenient basis for all parties and counsel with the goal of accommodating the scheduling needs of the attorneys and the witness. When possible, percipient witnesses to precede expert witnesses. Absent a stipulation of court order, a maximum of one day of seven hours for each deposition as provided in Federal Rules of Civil Procedure rule 30(d).

7. The parties' experts will be designated as provided in the Order Setting Case Management Schedule herein.

E. The parties will attempt to address issues early in the discovery process that might promote early resolution or reduce the scope of the dispute. The parties will attempt to identify protracted discovery issues and seek the court's guidance, if necessary.

DATED: July 29, 2008        JOHN J. SANSONE, County Counsel

By **S/ *David G. Atxmann***
DAVID G. AXTMANN, Senior Deputy
Attorneys for Defendants County of San Diego and City of Vista

DATED: July 29, 2008

**S/ *Victor Manuel Torres***
VICTOR MANUEL TORRES
Attorney for Plaintiff

DATED: July 29, 2008

**S/ *Genaro Lara***
GENARO LARA
Attorney for Cross-Complainant

07CV2028-JLS(WMc), Lopez v. County of San Diego         3