UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SANMARTINO)

| | |
|---|---|
| SAMANTHA LOPEZ, et al., ) | Case No. 07CR2028-JLS(WMc) |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| vs. ) | |
| THE COUNTY OF SAN DIEGO, et al., ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED:

I, VICTOR MANUEL TORRES, am a citizen of the United States of America over the age of eighteen years. My business address is 406 Ninth Avenue, Suite 311, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Joint Discovery Plan on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the party:

DAVID G. AXTMANN, ESQ.

GENARO LARA, ESQ.

I herby certify that I have caused to be mailed the foregoing, by the U.S. mail to the following non-ECF participants in this case:

None

at the last known address, at which place there is delivery service of U.S. mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 29, 2008.

s/ *Victor Manuel Torres*
VICTOR MANUEL TORRES

1