1  JOHN J. SANSONE, County Counsel
   County of San Diego
2  By DAVID G. AXTMANN, Senior Deputy (SBN 100176)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101
   Telephone:  (619) 531-5649
4  Facsimile:  (619) 531-6005
   E-Mail: david.axtmann@scounty.ca.gov
5

6  Attorneys for Defendants and Cross-Defendants County of San Diego and
   City of Chula Vista
7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF CALIFORNIA**

10

11  SAMANTHA LOPEZ, a Minor, by and          )   No. 07CV2028-JLS(WMc)
    through her Legal Custodian, LILIANA     )
12  CORTEZ, FILADELFO LOPEZ, LAURA           )   **NOTICE OF HEARING ON MOTION**
    ALONZO LOPEZ, ANNA LOPEZ &               )   **AND MOTION TO DISMISS CROSS-**
13  JULIA LOPEZ, as surviving heirs of       )   **COMPLAINANT'S COMPLAINT**
    DAVID ARNULFO LOPEZ, deceased,           )   **FILED ON BEHALF OF COUNTY OF**
14                                           )   **SAN DIEGO AND CITY OF VISTA**
                     Plaintiffs,             )
15                                           )   **[F. Rules Civ. Proc., Rule 12(b)(6)]**
             v.                              )
16                                           )   Date: September 25, 2008
    COUNTY OF SAN DIEGO, a municipal         )   Time: 1:30 p.m.
17  corporation, CITY OF VISTA, a            )   Courtroom: 6
    municipal corporation & DOES 1-50,       )   The Honorable Janis L. Sammartino
18  inclusive,                               )
                                             )
19                   Defendants.             )
                                             )
20  _____ )
                                             )
21  AND RELATED CROSS-ACTION.                )
    _____ )
22

23  TO    CROSS-COMPLAINANT ARACELA GOCOBACHI AND HER ATTORNEYS
24        OF RECORD:

25          PLEASE TAKE NOTICE that on September 25, 2008, at 1:30 p.m. or as soon

26  thereafter as the matter can be heard in courtroom 6, before the Honorable Janis L.

27  Sammartino, United States District Judge, located at 940 Front Street, San Diego,

28  California, cross-defendants County of San Diego and City of Vista will, and hereby do

move this Court, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the cross-complaint with prejudice or, alternatively, the third through fifth claims for relief therein.

This motion is made on the grounds that cross-complainant's cross-complaint fails to state a claim upon which relief may be granted.

The motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the complete files and records in this action, and upon such other and further evidence as may be presented at the hearing of this motion.

DATED:                              JOHN J. SANSONE, County Counsel

By s/DAVID G. AXTMANN, Senior Deputy
Attorneys for Defendants and Cross-Defendants
County of San Diego and City of Vista
E-mail: david.axtmann@sdcounty.ca.gov

Declaration of Service

I, the undersigned, declare:

That I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On July 29, 2008, I served the following documents: **Notice of Hearing on Motion and Motion to Dismiss Cross-Complainant's Cross-Complaint; Memorandum of Points and Authorities in Support of Motion to Dismiss Cross-Complainant's Cross-Complaint** in the following manner:

☐   By personally delivering copies to the person served.

☐   By placing a copy in a separate envelope, with postage fully prepaid, for each addressee named below and depositing each in the U. S. Mail at San Diego, California.

☐   By faxing a copy to the person served.  The document was transmitted by facsimile transmission and the transmission was reported as complete and without error.  The transmission report was properly issued by the transmitting facsimile machine.

☒   By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California, as to the following parties:

Victor Manuel Torres: E-Mail lawforvatos@yahoo.com
Ezekiel E. Cortez: E-Mail lawforjustice@aol.com
Genaro Lara: E-Mail genarolara@att.net, genarolara@aol.com
Emile M. Mullick: E-Mail emullick@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.  Executed on July 29, 2008, at San Diego, California.

_____
By: s/DAVID G. AXTMANN

**[Samantha Lopez, etc., et al. v. County of San Diego, et al.; United States District Court No. 07cv2028-JLS(WMc)]**