Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
8: 38
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

SAMANTHA LOPEZ, A MINOR BY
AND THROUGH HER GUARDIAN
(SEE ATTACHED PAGE)
vs

THE COUNTY OF SAN DIEGO, A
MUNICIPALITY; THE CITY OF
VISTA, A MUNICIPALITY; SAN
DIEGO COUNTY SHERIFF
WILLIAM KOLENDER,
INDIVIDUALLY AND IN HIS
OFFICIAL CAPACITY;
(SEE ATTACHED PAGE)

**SUMMONS IN A CIVIL ACTION**

Case No. 07-CV-2028-JLS(WMc)

*CROSS COMPLAINT*

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

GENARO LARA, 121 BROADWAY, SUITE 365, SAN DIEGO, CA
TEL: (619)236-8011), FAX: 619 236-8078

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 2 9 2008

W. Samuel Hamrick, Jr.
_____
CLERK
S. PARIS

By _____, Deputy Clerk

DATE

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, a minor, by and through through her Guardian Ad Litem Liliana Cortez; as Successor in Interest of David A. Lopez, deceased,<br><br>      Plaintiffs,<br><br>vs.<br><br>THE COUNTY OF SAN DIEGO, a municipality THE CITY OF VISTA, a municipality, the SAN DIEGO COUNTY SHERIFF WILLIAM KOLENDER, individually and in his official capacity; THE SAN DIEGO COUNTY SHERIFF OFFICER SHAWN AITKEN, individually and in his official capacity; SAN DIEGO COUNTY SHERIFF OFFICER JACOB PAVLENKO, individually and in his official capacity; SAN DIEGO COUNTY SHERIFF OFFICER JONATHAN FECTEAU, individually and in his official capacity; ARACELI GOCOBACHI, an individual; and DOES 1 through 20, inclusive,<br><br>      Defendants. | Case No. 07CV 2028-JLS (Wmc)<br><br>Summons in Civil Action<br><br>Cross Complaint<br><br>(Attachment page to Summons Naming all party defendants). |