1  GENARO LARA, ESQ.  SBN 145659
   121 Broadway, Suite 365
2  San Diego, CA 92101

3  Tel: 619-236-8011, Fax: 619-236-8078

4  Attorney for Araceli Gocobachi, Plaintiff, Cross Complaint

5

6              UNITED STATES DISTRICT COURT

7              SOUTHERN DISTRICT OF CALIFORNIA

8  SAMANTHA LOPEZ, et al.            )   Civil Case No. 07-CV-2028 JLS(WMc)
                                     )
9                                    )
            Plaintiffs,              )   NOTICE OF ASSOCIATION OF
10                                   )   ATTORNEY FOR ARACELI
            vs.                      )   GOCOBACHI, CROSS PLAINTIFF
11                                   )
   THE COUNTY OF SAN DIEGO, et al    )
12                                   )
                                     )
13          Defendants.              )
                                     )
14 _____ )

15      Cross Plaintiff, Araceli Gocobachi, associates attorney Emile M. Mullick, Esq., as co-counsel for the litigation and trial of this matter.
16
   Mr. Mullick's Address and telephone number follows:
17
   330 North "D" Street, Suite 410
18 San Bernardino, CA 92401

19 Tel: (909) 384-1975
   email: emullick@yahoo.com
20
   Date:   August 13, 2008
21

22              __-S/_____
                Genaro Lara For Araceli Gocobachi
23

24

25

26

27

28

1  Certificate of Service

2  I, Genaro Lara, am a citizen of the United States and over 18 years of age.

3  My business address is 121 Broadway, Suite 365, San Diego, CA 92101.

4  I have caused service of the Notice of Association of Counsel filed on behalf

5  of Araceli Gocobachi, defendant, cross claimant by which Attorney Emile M. Mullick

6  is filing his appearance for the Araceli Gocobachi for all purposes by filing

7  this notice electronic filing to the U.S. District Court Southern  District of

8  California in the above case and by serving by mail to County Counsel for the

9  County of San Diego at the following mailing address:: David Axtmann, Deputy County Counsel

10  1600 Pacific Highway, Room 355

11  San Diego, CA   92101

12  
13  I certify the above true and correct.

14  Genaro Lara   -S-_____Signature

15  
16  Dated:   13th day of August 2008