1  GENARO LARA, ESQ.  SBN 145659
   121 Broadway, Suite 365
2  San Diego, CA 92101

3  Tel: 619-236-8011, Fax: 619-236-8078

4  Attorney for Araceli Gocobachi, Plaintiff, Cross Complaint

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA LOPEZ, et al. | Civil Case No. 07-CV-2028 JLS(WMc) |
| Plaintiffs, | NOTICE OF ASSOCIATION OF ATTORNEY FOR ARACELI GOCOBACHI, CROSS PLAINTIFF |
| vs. | |
| THE COUNTY OF SAN DIEGO, et al | |
| Defendants. | |

Cross Plaintiff, Araceli Gocobachi, associates attorney Emile M. Mullick, Esq., as co-counsel for the litigation and trial of this matter.

Mr. Mullick's Address and telephone number follows:

330 North "D" Street, Suite 410
San Bernardino, CA 92401

Tel: (909) 384-1975
email: emullick@yahoo.com

Date:   August 14, 2008


                    S/  Genaro Lara For Araceli Gocobachi

Certificate of Service

I, Genaro Lara, am a citizen of the United States and over 18 years of age.

My business address is 121 Broadway, Suite 365, San Diego, CA 92101.

I have caused service of the Notice of Association of Counsel filed on behalf

of Araceli Gocobachi, defendant, cross claimant by which Attorney Emile M. Mullick

is filing his appearance for the Araceli Gocobachi for all purposes by filing

this notice electronic filing to the U.S. District Court Southern District of

California in the above case and by serving by mail to County Counsel for the

County of San Diego at the following mailing address:: David Axtmann, Deputy County Counsel

1600 Pacific Highway, Room 355

San Diego, CA   92101

I certify the above true and correct.

S/    Genaro Lara    _____(Signed)

Dated:   14th day of August 2008

2