1  EMILE M. MULLICK, ESQ.
   State Bar No. 146706
2  330 North "D" Street, Suite 410
   San Bernardino, California 92401
3  Telephone: (909) 384-1975
   FAX:       (909) 384-8231
4  E-Mail: emullick@yahoo.com

5  GENARO LARA, ESQ.
   State Bar No. 145659
6  121 Broadway, Suite 365
   San Diego, CA 92101
7  Telephone: (619) 236-8011
   FAX:       (619) 236-8078
8  E-Mail: genarolara@aol.com

9  Attorneys for Cross-Complainant
   ARACELI GOCOBACHI
10

11              UNITED STATES DISTRICT COURT

12              SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| SAMANTHA LOPEZ, a minor, by and through her Guardian Ad Litem Liliana Cortez; SAMANTHA LOPEZ, a minor, by and and through her Guardian Ad Litem Liliana Cortez, as Successor in Interest of David A. Lopez, deceased<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE COUNTY OF SAN DIEGO, a municipality; THE CITY OF VISTA a municipality; SAN DIEGO COUNTY SHERIFF WILLIAM KOLENDER, individually and in his official capacity; SAN DIEGO COUNTY SHERIFF OFFICER SHAWN AITKEN, individually and in his official capacity, SAN DIEGO COUNTY SHERIFF OFFICER JACOB PAVLENKO, individually and in his official capacity; SAN DIEGO COUNTY DEPUTY OFFICER JONATHAN FECTEAU, individually and in his official capacity; ARACELI GOCOBACHI, an individual; DOES 1 through 20, inclusive.<br><br>　　　　　　Defendants | CASE NO.<br>CV 07-2028-JLS(WMc)<br><br><br><br>NOTICE OF ASSOCIATION OF COUNSEL |

| | |
|---|---|
| 1 | ARACELA GOCOBACHI as successor in interest as to Decedent DAVID A. LOPEZ, |
| 2 | and as wife of Decedent DAVID A. LOPEZ |
| 3 | Defendant and Cross-Complainant |
| 4 | v. |
| 5 | COUNTY OF SAN DIEGO, a Public Entity of the State of California; |
| 6 | SHAWN AITKEN, a San Diego County Deputy Sheriff, individually and as a San |
| 7 | Diego County Deputy Sheriff; JACOB PAVLENKO, a San Diego County Deputy |
| 8 | Sheriff, individually and as a San Diego County Deputy Sheriff; JONATHAN |
| 9 | FECTEAU, a San Diego County Deputy Sheriff individually and as a San Diego |
| 10 | County Deputy Sheriff; DOES 1 through 10. |
| 11 | Cross-Defendants |

TO EACH PARTY AND TO COUNSEL OF RECORD FOR EACH PARTY:

You are hereby notified that Plaintiff ARACELI GOCOBACHI associates Emile M. Mullick, Esq., 330 North "D" Street, Suite 410, San Bernardino, California 92401, as attorney of record for all purposes associated with this matter.

Date: August 12, 2008

By: _____
Genaro Lara
Attorney for Plaintiff
ARACELI GOCOBACHI

NOTICE OF ASSOCIATION OF COUNSEL                    2