1  JOHN J. SANSONE, County Counsel
   County of San Diego
2  By DAVID G. AXTMANN, Senior Deputy (SBN 100176)
   1600 Pacific Highway, Room 355
3  San Diego, California 92101
   Telephone: (619) 531-5649
4  Facsimile: (619) 531-6005
   E-Mail: david.axtmann@scounty.ca.gov
5

6  Attorneys for Defendants County of San Diego and City of Chula Vista

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| SAMANTHA LOPEZ, a Minor, by and through her Legal Custodian, LILIANA CORTEZ, FILADELFO LOPEZ, LAURA ALONZO LOPEZ, ANNA LOPEZ & JULIA LOPEZ, as surviving heirs of DAVID ARNULFO LOPEZ, deceased,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, a municipal corporation, CITY OF VISTA, a municipal corporation & DOES 1-50, inclusive,<br><br>  Defendants.<br><br>AND RELATED CROSS-ACTION. | No. 07CV2028-JLS(WMc)<br><br>**PROOF OF ELECTRONIC FILING**<br><br>Courtroom:<br>The Honorable Janis L. Sammartino |

DATED: September 3, 2008    JOHN J. SANSONE, County Counsel

                            By s/DAVID G. AXTMANN, Senior Deputy
                            Attorneys for Defendant County of San Diego
                            E-mail: david.axtmann@sdcounty.ca.gov

                                                    07CV2028-JLS(WMc)